IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

DANIEL MARTIN,

      Plaintiff,

                                            1-05-cv-00017-CRW-RAW

vs.

COUNCIL BLUFFS MUNICIPAL
HOUSING AGENCY, CITY OF                        Order
COUNCIL BLUFFS, and MARK
SCHULTZ, EXECUTIVE DIRECTOR
OF THE COUNCIL BLUFFS
MUNICIPAL HOUSING AGENCY,

      Defendant.


      On this date the court held a scheduling conference with counsel by telephone conference call.  The court denied the request for a temporary restraining order, finding that the record does not support the issuance of a tro and that the issuance of a tro would change the status quo.

      The court schedules a preliminary injunction hearing by telephone conference call it will place to counsel of record at noon on June 3, 2005.  The court will alert the parties if the undersigned judge will instead be in Council Bluffs on that day for the hearing.  Prior to the hearing the parties shall exchange all papers pertinent to plaintiff's request for preliminary relief.

      IT IS SO ORDERED.

      Dated this 19th day of May, 2005.

                                                            CHARLES R. WOLLE, JUDGE
                                                            U.S. DISTRICT COURT